Jason M. Drangel (JD 7204)
jdrangel@ipcounselors.com
Ashly E. Sands (AS 7715)
asands@ipcounselors.com
Danielle S. Futterman (DY 4228)
dfutterman@ipcounselors.com
Gabriela N. Nastasi
gnastasi@ipcounselors.com
EPSTEIN DRANGEL LLP
60 East 42nd Street, Suite 1250
New York, NY 10165
Telephone:   (212) 292-5390
Facsimile:   (212) 292-5391
*Attorneys for Plaintiff*
*M. Eagles Tool Warehouse, Inc. d/b/a S&G Tool Aid Corp*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M. EAGLES TOOL WAREHOUSE, INC. d/b/a S&G TOOL AID CORP,<br><br>*Plaintiff*<br><br>v.<br><br>AIJIE_GARFIELD, BETAKING, CHUANGROUP3, CHUNYANUS, GOODSERVICEXU2012, GOODSTORE0, HEYUAN001, HWLAND, LIANTECH00A, LKGOOD1, LONGLONGLONG001, PARTSZHANGUS, ROSEROSEILOVEU, SEDYONLINE2016, TANGXINQI002, YBPLUS001, YBPLUS002, YBPLUS003, YUNCHAUNGKE001 and YUNCHAUNGKE006,<br><br>*Defendants* | **23-cv-6257 (JPO)**<br><br>**UNSEALING ORDER** |

1

WHEREAS the Court orders that this Action be unsealed, and Records Management upload all documents filed to date on the Electronic Case Filing system.

SIGNED this 4th day of August, 2023.
New York, New York

_____
J. PAUL OETKEN
United States District Judge