UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M. EAGLES TOOL WAREHOUSE INC., <br><br>              Plaintiff, <br><br>         -v- <br><br> AIJIE_GARFIELD, *et al.*, <br><br>              Defendants. | 23-CV-6257 (JPO) <br><br> ORDER |

J. PAUL OETKEN, District Judge:

    Several Defendants were served on July 27, 2023, and August 3, 2023, and no dismissal or appearance has been filed with respect to these remaining Defendants.

    Plaintiff is directed to notify the Court whether it intends to move for default judgment, or if it has received any communication from the remaining Defendants or their counsel regarding a response to the complaint.

    If Plaintiff fails by November 3, 2023, to either (1) file a letter concerning the status of the case, or (2) move for default judgment against the remaining Defendants, the action may be dismissed for failure to prosecute.

    SO ORDERED.

Dated: October 17, 2023
       New York, New York

                                                          J. PAUL OETKEN
                                                United States District Judge